IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRY L. BRYAN, II, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION 08-0241-M |
| : | |
| MICHAEL J. ASTRUE, : | |
| Commissioner of : | |
| Social Security, : | |
| : | |
| Defendant. : | |

<u>JUDGMENT</u>

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Terry L. Bryan, II, and against Defendant Michael J. Astrue.

DONE this 17th day of November, 2008.

<u>s/BERT W. MILLING, JR.</u>
UNITED STATES MAGISTRATE JUDGE